RECEIVED
IN LAKE CHARLES, LA.

SEP 27 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JASON L. WALTON<br>DOC # 477576 | * | CIVIL ACTION NO. 2:16-cv-275 |
| v. | * | JUDGE MINALDI |
| WARDEN JERRY GOODWIN | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 7) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for habeas corpus is **DENIED and DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d)(1)(A).

Lake Charles, Louisiana, this 24 day of _____Sept_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE